**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000750
11-FEB-2021
09:07 AM
Dkt. 34 OAWST

NO. CAAP-20-0000750

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE INTEREST OF LG

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 20-00082)

ORDER GRANTING MOTION TO WITHDRAW APPEAL
(By: Leonard, Presiding Judge, Hiraoka and Nakasone, JJ.)

Upon consideration of Mother-Appellant AG's February 7, 2021 Motion to Withdraw Appeal, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure Rule 42(b).

DATED: Honolulu, Hawaiʻi, February 11, 2021.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge